IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARRY JAY, Jr.,

      Petitioner,               No. CIV S-07-2492 MCE KJM P

     vs.

MATTHEW C. KRAMER,

      Respondents.        ORDER

_____/

        Petitioner, a state prisoner proceeding with counsel, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner has paid the filing fee.

        Since petitioner may be entitled to the requested relief if the claimed violation of constitutional rights is proved, respondents will be directed to file a response to petitioner's application.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1.  Respondents are directed to file a response to petitioner's application within sixty days from the date of this order.  See Rule 4, Fed. R. Governing § 2254 Cases.  An answer shall be accompanied by any and all transcripts or other documents relevant to the determination of the issues presented in the application.   Because this petition challenges a denial of parole,

1

the relevant documents should include the transcript of the April 21, 2006 parole hearing[1] and any documents, reports or letters considered by the panel; <u>See</u> Rule 5, Fed. R. Governing § 2254 Cases;

    2. Petitioner's reply, if any, shall be filed and served within thirty days of service of an answer;

    3. If the response to petitioner's application is a motion, petitioner's opposition or statement of non-opposition shall be filed and served within thirty days of service of the motion, and respondents' reply, if any, shall be filed within fifteen days thereafter; and

    4. The Clerk of the Court shall serve a copy of this order together with a copy of petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 on Jennifer Neill, Senior Assistant Attorney General.

    5. Petitioner's counsel is directed to provide a courtesy copy of the petition and its exhibits to the court, as required by Local Rule 5-133(f) within thirty days of the date of this order.

DATED: April 4, 2008.

_____
U.S. MAGISTRATE JUDGE

jay2492.100

---

[1] If respondent agrees that the transcript attached as an exhibit to the petition is complete and correct, he need not provide a second copy to the court, but may simply note his acceptance of this transcript in his answer. In addition, if he agrees that the other exhibits to the petition constitute a complete record of the materials considered by the Parole Board, he need not provide copies but may note that the exhibits to the petition contain the complete record.

2