IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LARRY JAY, JR.,** | 2:07-cv-02492-MCE-KJM |
| Petitioner, | **ORDER** |
| v. | |
| **MATTHEW C. KRAMER,** | |
| Respondent. | |

Upon respondent's unopposed motion to stay the proceedings, IT IS HEREBY ORDERED:

1. Respondent's request for a stay (docket no. 8) is granted and this matter is stayed pending the issuance of the mandate in <u>Hayward v. Marshall</u>, Ninth Circuit Court of Appeals number 06-55392; and

2. Within thirty days of the issuance of the mandate in <u>Hayward v. Marshall</u>, respondent shall file a motion to lift the stay and the response to the petition for a writ of habeas corpus.

DATED: May 30, 2008.

_____
U.S. MAGISTRATE JUDGE

Order

1