IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARRY JAY, JR.,

      Petitioner,                      No. CIV S-07-2492 MCE KJM P

   vs.

MATTHEW C. KRAMER,

      Respondent.                 <u>ORDER</u>

_____/

      Respondent's motion to lift the stay (docket no. 12) is granted and petitioner's traverse, if any, is due within twenty-one days of the date of this order.

DATED: July 14, 2010.

_____
U.S. MAGISTRATE JUDGE

2
jay2492.ls

1